UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAYON ANDERSON,<br><br>　　　　　　　　Plaintiff,<br>v.<br>JAMES E. DZURENDA, et al.,<br>　　　　　　　　Defendants. | Case No. 3:24-cv-00454-ART-CSD<br><br>ORDER TO ADMINISTRATIVELY CLOSE CASE |

**I.　DISCUSSION**

Plaintiff has filed a notice stating that he intended to initiate a single civil rights case, but that because he filed some documents without a case number, new cases were opened for those documents. (ECF No. 3). As a result, Plaintiff now has three open cases, including this one, but he has continued to file documents in case 3:24-cv-00457-ART-CLB, and he would like to proceed with only that case.[1] (*Id.*). As such, the Court will administratively close this case as inadvertently opened. The Court will also direct the Clerk of the Court to send Plaintiff a courtesy copy of the initiating documents in this case. Plaintiff may file those documents in his other case with the correct case number. *See* Nev. Loc. R. IA 10-2 (detailing the required format for filed documents which includes a case number).

---

[1] The Court notes that Plaintiff refers to case 3:24-cv-00457-ART-CLB as the first case number assigned. (ECF No. 3). In fact, this case, 3:24-cv-00454-ART-CSD, was the first case number assigned. It is not clear why Plaintiff believes that the other case was the first case filed, perhaps Plaintiff received notice of case 3:24-cv-00457-ART-CLB from the Ely State Prison law library first. In any event, because Plaintiff has continued to file documents in case 3:24-cv-00457-ART-CLB, and it does not appear that Plaintiff is attempting to engage in judge shopping or any other improper behavior, the Court will dismiss this case and allow Plaintiff to proceed in case 3:24-cv-00457-ART-CLB.

**II. CONCLUSION**

It is therefore ordered that the Clerk of the Court is directed to administratively close this case and send Plaintiff a courtesy copy of the documents filed at ECF Nos. 1, 1-1, and 1-2.

DATED THIS 24th day of October 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE